There are no Nebraska Court of Appeals opinions for the week of May 12, 2015.